## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| TAMARA BARRUS, et al., on behalf of themselves and all other employees similarly situated | ) ) ) ) | 3:10-MC-160 |
| Plaintiffs, vs. | ) ) ) ) ) | Civil Action No. 05-cv-6253-CJS-JWF (Pending in the Western District of New York) |
| DICK'S SPORTING GOODS, INC., et al. | ) ) | |
| Defendants. | ) ) ) | |

## MOTION TO QUASH SUBPOENA

Global Compliance Services, Inc. ("Respondent") is a respondent under a third party subpoena served by the plaintiffs in the underlying action (the "Subpoena"). Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Respondent hereby files this Motion to Quash Subpoena.

The Subpoena, which was apparently issued on November 24, 2010, was served upon Respondent at approximately **3:20 pm** on December 2, 2010. The Subpoena, however, requested that Respondent produce documents and a witness for deposition testimony at **9:00 am** on December 2, 2010. It is therefore impossible for Respondent to comply with the Subpoena and it should be quashed pursuant to Fed. R. Civ. P. 45(c)(3)(A)(i).

Additionally, the Subpoena seeks testimony regarding numerous overly broad topics and the production of documents and electronically stored information in native format that are overly broad and unduly burdensome to gather. The Subpoena should therefore also be quashed pursuant to Fed. R. Civ. P. 45(c)(3)(A)(iv).

Respondent also reserves the right to assert additional objections to the Subpoena.

WHEREFORE, Respondent respectfully requests that this Court enter an Order quashing the Subpoena.

This the 2nd day of December, 2010.

/s/ Christopher C. Lam
Christopher C. Lam
N.C. State Bar # 28627
214 North Tryon Street, 47th Floor
Charlotte, NC 28202
Telephone: (704) 331-7449
Facsimile: (704) 353-3149
*Attorney for Global Compliance Services, Inc.*

OF COUNSEL:
K&L GATES LLP
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, NC 28202
Telephone: (704) 331-7400
Facsimile: (704) 353-3149

# CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing *MOTION TO QUASH SUBPOENA* and the proposed *ORDER* regarding same were filed with the Clerk of Court using the CM/ECF system. I also have caused a copy of same to be delivered to the attorneys of record via e-mail and by depositing a copy of same in an official depository of the United States Postal Service in a postage-paid envelope addressed to the attorneys of record as follows:

Patrick J. Solomon
Peter J. Glennon
Thomas & Solomon, LLP
693 East Avenue
Rochester, NY 14607
psolomon@theemploymentattorneys.com
pglennon@theemploymentattorneys.com
*Attorneys for Plaintiffs*

Douglas M. Towns
Jones Day
1420 Peachtree Street, N.E.,
Suite 800
Atlanta, Georgia 30309-3053
dtowns@jonesday.com
*Attorney for Defendants*

This the 2nd day of December, 2010.

                                              /s/ Christopher C. Lam
                                              Christopher C. Lam
                                              N.C. State Bar # 28627
                                              214 North Tryon Street, 47th Floor
                                              Charlotte, NC 28202
                                              Telephone: (704) 331-7449
                                              Facsimile: (704) 353-3149

OF COUNSEL:
K&L GATES LLP
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, NC 28202
Telephone: (704) 331-7400
Facsimile: (704) 353-3149