UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TAMARA BARRUS, et al.,  )<br>on behalf of themselves and all other employees  )<br>similarly situated  )<br> )<br>Plaintiffs,  )<br>vs.  )<br> )<br>DICK'S SPORTING GOODS, INC., et al.  )<br> )<br>Defendants.  )<br> ) | 3:10-MC-160<br><br>Civil Action No.<br>05-cv-6253-CJS-JWF<br>(Pending in the Western District<br>of New York) |

### ORDER GRANTING MOTION TO QUASH SUBPOENA

This matter comes before the Court on the Motion filed by Global Compliance Services, Inc. ("Respondent") to Quash Subpoena. It now appearing that it is impossible for Respondent to comply with the subpoena served by plaintiffs and that the subpoena is also overly broad and unduly burdensome on this third party Respondent, it is accordingly

**ORDERED**

That the subpoena served on Global Compliance Services, Inc. in the above-captioned matter be quashed.

SO ORDERED this ____ day of December, 2010.

_____