# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TAMARA BARRUS, et al., )<br>on behalf of themselves and all other employees )<br>similarly situated )<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>DICK'S SPORTING GOODS, INC., et al. )<br>)<br>Defendants. )<br>_____ ) | 3:10-MC-160<br><br>Civil Action No.<br>05-cv-6253-CJS-JWF<br>(Pending in the Western District<br>of New York) |

## NOTICE OF WITHDRAWAL WITHOUT PREJUDICE
## OF MOTION TO QUASH SUBPOENA

Movant, Global Compliance Services, Inc., by and through counsel, hereby respectfully withdraws its Motion to Quash Subpoena (DE 1) filed on December 2, 2010 without prejudice.

This the 21st day of December, 2010.

                                              s/ Christopher C. Lam
                                              Christopher C. Lam
                                              N.C. State Bar # 28627
                                              214 North Tryon Street, 47th Floor
                                              Charlotte, NC  28202
                                              Telephone:  (704) 331-7449
                                              Facsimile:  (704) 353-3149
                                              Email:  chris.lam@klgates.com
                                              *Attorney for Global Compliance Services, Inc.*

OF COUNSEL:
K&L GATES LLP
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, NC  28202
Telephone:  (704) 331-7400
Facsimile:  (704) 353-3149

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing ***NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF MOTION TO QUASH SUBPOENA*** was filed with the Clerk of Court using the CM/ECF system and I have also caused same to be delivered to the attorneys of record via e-mail and by depositing a copy of same in an official depository of the United States Postal Service in a postage-paid envelope addressed to the attorneys of record as follows:

Patrick J. Solomon
Peter J. Glennon
Thomas & Solomon, LLP
693 East Avenue
Rochester, NY 14607
psolomon@theemploymentattorneys.com
pglennon@theemploymentattorneys.com
*Attorneys for Plaintiffs*

Douglas M. Towns
Jones Day
1420 Peachtree Street, N.E.,
Suite 800
Atlanta, Georgia 30309-3053
dtowns@jonesday.com
*Attorney for Defendants*

This the 21st day of December, 2010.

                                                  s/ Christopher C. Lam
                                                  Christopher C. Lam
                                                  N.C. State Bar # 28627
                                                214 North Tryon Street, 47th Floor
                                                Charlotte, NC 28202
                                                Telephone: (704) 331-7449
                                                Facsimile: (704) 353-3149
                                                Email: chris.lam@klgates.com

OF COUNSEL:
K&L GATES LLP
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, NC 28202
Telephone: (704) 331-7400
Facsimile: (704) 353-3149